UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                Case No.: 8:17-cr-222-T-27JSS

LENIN LUGO
_____/

**ORDER**

THIS MATTER is before the Court on Defendant's Motion for an Order to Have Present at Depositions to Preserve Testimony for Trial a Court Reporter, Interpreter(s), and a Clerk of Court to Administer Oath to Witnesses and for Costs If Necessary. (Dkt. 98.) Upon consideration, it is **ORDERED** that Defendant's Motion for an Order to Have Present at Depositions to Preserve Testimony for Trial a Court Reporter, Interpreter(s), and a Clerk of Court to Administer Oath to Witnesses and for Costs If Necessary (Dkt. 98) is **DENIED**. Defendant may privately secure a court reporter, interpreters, and staff to assist in the deposition as these services are not provided by the court for the requested proceedings. To the extent counsel seeks compensation for fees and expenses associated with the deposition, counsel is directed to consult the Criminal Justice Act (CJA) Guidelines, *Guide to Judiciary Policy*, Vol. 7, Pt. A, Ch. 3, regarding authorized services and the reimbursement of expenses of counsel. Counsel may file a motion seeking authorization or reimbursement of such expenses, if warranted.

**DONE** and **ORDERED** in Tampa, Florida, on November 9, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record